01-15-00880-CR

## NO. 16973

| | |
|---|---|
| FRANK ORTEGON | IN THE 21ST DISTRICT COURT |
| VS. | OF |
| THE STATE OF TEXAS | WASHINGTON COUNTY, TEXAS |

### AMENDED NOTICE OF APPEAL

On this, the 9th day of November, 2015, the defendant in the above styled and numbered

cause:

WRITTEN NOTICE, by defendant:

Hereby excepts to the judgment of the Court in said cause and gives

Notice of Appeal to the Court of Appeals, 1ST Supreme Judicial District.

**FRANK ORTEGON**
Defendant

**Date of Judgment or other Order Appealed from:** October 7, 2015
**Date Motion for New Trial filed:** N/A
**Name of Trial Court Judge:** J. D. Langley
**Name of Court Reporter:** Wendy Kirby- P. O. Box 6527, Giddings, Texas 78942
**Name and Address of Defense Attorney on Appeal:** Justin Bradford Smith- 2106 Bird Creek Drive, Temple, Texas 76502
**Defense Attorney on Appeal:** X Appointed Retained Pro Se
**Name and Address of Attorney for the State on Appeal:** Julie Renken- 100 East Main Street, Box 303, Brenham, Texas 77833
**Defendant Incarcerated?** X Yes No
**Appeal Bond:** N/A
**Offense:** AGGRAVATED ROBBERY
**Punishment Assessed:** 40 YEARS IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE